UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

NICK FRONTCZAK, as the Public
Administrator for the Estate of MICHAEL
McSHANE, deceased,

        Plaintiff,

v.                                                        Case No. 18-13781

CITY OF DETROIT, et al.,

        Defendants.
_____/

**JUDGMENT**

In accordance with the court's Opinion and Order dated September 28, 2021,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants City of Detroit, Stephen Geelhood, Matthew Bray, Reginald Beasley, Larry Barnett, Amy Matelic, Gregory Tourville and against Plaintiff Nick Frontczak as Public Administrator of the Estate of Michael McShane. Dated at Port Huron, Michigan this 28th day of September, 2021.

                                                                  KINIKIA ESSIX
                                                                  CLERK OF THE COURT

                                                                  BY: s/Lisa Wagner

Dated: September 28, 2021

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, September 28, 2021, by electronic and/or ordinary mail.

                                                                  s/Lisa Wagner_____/
                                                                  Case Manager and Deputy Clerk
                                                                  (810) 292-6522